IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02899-RPM-MEH

FAWN MAC IVOR,

    Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA and
GENESYS CONFERENCING, INC., LONG TERM DISABILITY PLAN,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 9, 2010.**

    Defendants' Unopposed Motion to Vacate Settlement Conference [filed June 7, 2010; docket #22] is **granted**. The Settlement Conference scheduled for June 14, 2010, is hereby **vacated**. The parties may call Chambers at (303) 844-4507 to reschedule, if necessary.