# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02899-RPM-MEH

FAWN MAC IVOR,

    Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA, a Maine corporation, and GENESYS CONFERENCING, INC. LONG TERM DISABILITY PLAN, an ERISA welfare benefit plan,

    Defendants.

---

## ORDER FOR DISMISSAL OF CASE WITH PREJUDICE
---

Pursuant to the Stipulation for Dismissal of Case with Prejudice [26] filed on October 28, 2010, it is

Ordered that this action is dismissed, in its entirety, including all claims for attorneys' fees and costs, with prejudice.

Dated this 28th day of October, 2010.

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge